**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEONARD ROOFING, INC., <br> Plaintiff, <br> v. <br> IRONSHORE SPECIALTY INSURANCE COMPANY, AND IRONSHORE HOLDINGS (U.S.) INC., AND DOES 1 THROUGH 50, INCLUSIVE, <br> Defendants. | Case No. EDCV 12-00156 VAP (DTBx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order Granting in Part Plaintiff's Motion for Partial Summary Judgment and Granting in Part Defendant's Motion for Summary Judgment (Doc. No. 186) and the Findings of Fact and Conclusions of Law After Court Trial on Submitted Evidence and Briefs filed herewith, IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants Ironshore Specialty

1 Insurance Company and Ironshore Holdings (U.S.) Inc. as
2 to all claims.
3
4
5
6
7 Dated: September 3, 2013
                                    VIRGINIA A. PHILLIPS
8                              United States District Judge